UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Sixth Circuit Case No.: ___15-5698, 15-5699, 15-5711___

Case Name: _Bank of America, N.A., et al._ vs. _Corporex Realty & Investment Corp., et al._

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

Bank of America, N.A.

☐ Appellant        ☐ Petitioner        ☐ Amicus Curiae        ☐ Criminal Justice Act
☑ Appellee         ☐ Respondent       ☐ Intervenor                    (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm.  ☑ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_____

Name: _Jonathan Hacker_____        Admitted: _March 25, 2005_____
                                                                                (Sixth Circuit admission date only)

Signature: _/s/ Jonathan Hacker_____

Firm Name:  _O'Melveny & Myers LLP_____

Business Address: _1625 Eye Street, N.W._____

Suite: _____  City/State/Zip: _Washington, D.C. 20006_____

Telephone Number (Area Code): _(202) 383-5300_____

Email Address: _jhacker@omm.com_____

CERTIFICATE OF SERVICE
I certify that on _January 13, 2016_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _Jonathan Hacker_____

6ca-68
8/14